haloff ↓

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL PAYNE, | 1:17-cv-00665 (JSR) |
| Plaintiff, | |
| v. | |
| NAVIENT SOLUTIONS, INC., | |
| Defendant. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/17

### STIPULATION AND ORDER
### FOR ARBITRATION AND A STAY OF PROCEEDINGS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff, Crystal Payne ("Plaintiff"), and Defendant, Navient Solutions, LLC f/k/a Navient Solutions, Inc. ("NSL"), (collectively, the "Parties"), as follows:

1. On or about January 27, 2017, Plaintiff commenced the above-captioned case by filing a Complaint [Docket No. 1] against NSL in the United States District Court for the Southern District of New York.

2. On February 21, 2017, the Court granted NSL an extension of time through and including March 10, 2017, to answer, move or otherwise respond to the Complaint [Docket No. 8].

3. Prior to the commencement of this lawsuit, the Parties entered into a mandatory Arbitration Agreement with respect to the claims at issue in this case.

4. Plaintiff has agreed to submit her claims in this case to final and binding arbitration pursuant to the Arbitration Agreement signed by the Parties.

5. The Parties agree that this action should be stayed pending arbitration and that the Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

Dated: March 3, 2017

**STRADLEY RONON STEVENS & YOUNG, LLP**
Attorneys for Defendant

By: _____
Scott H. Bernstein, Esq.
100 Park Avenue, Suite 2000
New York, New York 10017
Telephone: (212) 812-4132
Facsimile: (646) 682-7180
sbernstein@stradley.com

Dated: March 3, 2017

**PRICE LAW GROUP, APC**
Attorneys for Plaintiff

By: _____
Steven Alpert, Esq.
Alla Gulchina, Esq.
86 Hudson Street
Hoboken, NJ 07030
Telephone: (818) 907-2030
alpert@pricelawgroup.com
alla@pricelawgroup.com

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation and Order Providing for Arbitration and a Stay of Proceeding Pending Arbitration is approved.

**IT IS SO ORDERED** this 7th day of March, 2017.

_____
The Honorable Jed S. Rakoff
United States District Judge

JS

2

# 3159444